United States Courts
Southern District of Texas
ENTERED

JAN 17 2006

Michael N. Milby, Clerk of Court

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

IN RE:

Wesley L. Crouch

           (Debtor),

BANKRUPTCY CASE NUMBER
01-43138-H3-13

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Great Lake Collection Bureau, in the amount of $119.58, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 4-15-05 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that NCO Financial Systems, Inc c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $119.58 to NCO Financial Systems, Inc c/o Dilks & Knopik, LLC at the following address:

         P.O. Box 2728,
         Issaquah, WA  98027-0125

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

DENIED WITHOUT PREJUDICE
Proof of ownership insufficient

JAN 17 2006

Unclaimed.fds
06/23/98